UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.B., S.C., and L.P.,

        Plaintiffs,

v.                     Case No. 8:10-cv-1081-T-33TBM

THE UNIVERSITY OF TAMPA, INC.,

        Defendant.
_____/

### ORDER

This matter is before the Court *sua sponte*. The undersigned District Judge recuses herself from this case because: (1) she is a graduate of the University of Tampa; (2) her father taught there as a professor for approximately forty years; (3) she was on the Board of Counsellors for the University of Tampa for twenty-four years and served a term on the Board of Trustees for the University of Tampa; and (4) she has received several alumni awards from the University of Tampa.

Thus, to avoid even the appearance of impropriety and in an abundance of caution, the undersigned recuses herself from this case pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of May 2010.

                                        VIRGINIA M. HERNANDEZ COVINGTON
                                        UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record